UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EARNEST ADAMS,<br><br>   Plaintiff,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Defendant. | Case No. 16-cv-01159-EMC<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate at the R. J. Donovan Correctional Facility in San Diego, filed this *pro se* civil action, complaining of mail delivery problems that occurred at Mule Creek State Prison, which is located in Amador County, California. Amador County is within the venue of the Eastern District of California. The only named defendant, the People of the State of California, does not appear to be a proper defendant for this civil rights action for damages. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

   **IT IS SO ORDERED**.

Dated: March 16, 2016

                _____
                EDWARD M. CHEN
                United States District Judge