**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS EARNEST ADAMS,<br><br>            Plaintiff,<br><br>       v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Defendant. | No. 2:16-CV-0569-TLN-CMK P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 3, 2017, the Magistrate Judge filed findings and recommendations herein, which were served on the parties and which contained notice that the parties may file objections within a specified time. Plaintiff filed a "Motion to Reconsider Liberally Construe Pleadings." (ECF No. 17.) The Court construes this filing as objections to the findings and recommendations. These objections were timely filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the finding and recommendations to be supported by the record and by proper

1

analysis to the extent they conclude Plaintiff has failed to state a claim under 42 U.S.C. § 1983.

The Magistrate Judge further concluded it did not appear possible that the deficiencies identified in the findings and recommendations can be cured by amending the complaint. However, Plaintiff's objections identify the persons he intends to name as defendants if given the opportunity amend and suggest he might be able to cure these deficiencies.  Therefore, the Court grants Plaintiff leave to file an amended complaint. *Lopez v. Smith*, 203 F.3d 1122, 1126, 1130–31 (9th Cir. 2000) (en banc).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 3, 2017, are adopted in full, except as provided in this Order;

2. The complaint is dismissed for failure to state a claim;

3. All pending motions (ECF Nos. 10 and 17) are denied as moot; and

4. Plaintiff shall file an amended complaint within 60 days.

Dated: March 31, 2017

Troy L. Nunley
United States District Judge