IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EARNEST ADAMS, | No.  2:16-CV-0569-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOHN R. SONGS, et al., | |
| Defendants. | |

   Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Final judgment was entered on September 10, 2019, see ECF No. 37, and this case is closed.  Plaintiff did not appeal.  Pending before the Court are plaintiff's requests for leave to resubmit his complaint (ECF No. 38, 43). Upon review of the filings, the Court construes plaintiff's requests for resubmission as a request for clarification of the Court's dismissal.

   On August 2, 2019, the Magistrate Judge issued findings and recommendations that plaintiff's action be dismissed in its entirety. See ECF No. 34. On September 10, 2019, the District Judge adopted the Magistrate Judge's findings and recommendations and dismissed the action. See ECF No. 36. The District Judge dismissed defendant Lizarraga with prejudice and dismissed defendants Songs and Given without prejudice.

   Plaintiff is hereby informed that he is free to file a new action, based on the same grounds, against defendants who have not been previously dismissed with prejudice in this action.

1

1 However, plaintiff is not free to continue litigation in this closed case. Plaintiff is also informed
2 that future filings in this closed docket will be disregarded without further order of the Court.
3         IT IS SO ORDERED.

5 Dated:  August 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE